UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RIDLEY ELECTRIC COMPANY, INC.

           Plaintiff,

           v.

LIBERTY MUTUAL INSURANCE COMPANY

           Defendant.

**STIPULATION OF DISCONTINUANCE**

Civil Action No.: 5:07-CV-785

---

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, on the merits, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: January 2, 2008

| BOND, SCHOENECK & KING, PLLC | ERNSTROM & DRESTE, LLP |
|---|---|
| By: _____ <br> Thomas D. Kelcher, Esq. <br> Bar Roll No. 301043 <br> Lillian Abbott Pfohl, Esq. <br> Bar Roll No. Bar Roll No. 511614 <br> Attorneys for Plaintiff Ridley Electric Company, Inc. <br> One Lincoln Center <br> Syracuse, NY 13202 | By: _____ <br> Theodore M. Baum, Esq. <br> Bar Roll No. 505009 <br> Attorneys for Defendant Liberty Mutual Insurance Company <br> 180 Canal View Blvd., Suite 600 <br> Rochester, NY 14623 |

SO ORDERED:

_____
Hon. Frederick J. Scullin, Jr.

1/8/08

1378368.1